IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ROBERT STORM, | ) | |
| | ) | Case No. 23-55028-LRC |
| | ) | |
| Debtor. | ) | |

PREHEARING BRIEF PURSUANT TO ORDER AND NOTICE OF HEARING

COME NOW John Douglas Wyatt, Douglas Lee Wyatt, and Oconee Players Club, LLC, ("Petitioning Creditors") along with Creditors Matt Wayne Puskarich, Wayne's Tree Service, LLC, MWP Real Estate Investments, LLC, MWP Financial, LLC, Living Trust of Matt Wayne Puskarich, FBO Sadie June, Living Trust of Matt Wayne Puskarich, FBO Elsie Fields, Living Trust of Matt Wayne Puskarich, FOB Andrew Dominiczak ("Puskarich Creditors") and, pursuant to the Court's Order and Notice of Hearing entered September 22, 2023, file this their Prehearing Brief showing the Court as follows:

On July 11, 2023, Petitioning Creditors filed their *Petitioning Creditors' Response to Debtor's Motion to Transfer Venue* [Doc # 14] ("Response") and on August 28, 2023, Petitioning Creditors filed their *Petitioning Creditors' Response to Debtor's Emergency Motion to Stay Further Proceedings Pending Entry of Order on Motion to Transfer Venue* [Doc # 42] ("Stay Response"). Petitioning Creditors and the Puskarich Creditors hereby incorporate by reference as if set forth fully herein the Response and Stay Response for their *Prehearing Brief*.

Respectfully submitted, this the 10th day of October, 2023.

/s/ *Rosemary S. Armstrong*
Rosemary S. Armstrong
Georgia State Bar No. 663361

ARMSTRONG NIX, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone: (404) 900-5157
rarmstrong@armstrongnix.com

CERTIFICATE OF SERVICE

This is to certify that on this day I electronically filed the within and foregoing PREHEARING BRIEF PURSUANT TO ORDER AND NOTICE OF HEARING using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program to the following email addresses:

- **Jonathan S. Adams** jonathan.s.adams@usdoj.gov
- **Jon A. Gottlieb** jong@lawfg.com, stellac@lawfg.com
- **Brian K. Jordan** ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com
- **Jacob A. Maurer** jmaurer@brawwlaw.com, cbastos@brawwlaw.com
- **Office of the United States Trustee** ustpregion21.at.ecf@usdoj.gov
- **Jason L. Pettie** jpettie@taylorenglish.com, GA25@ecfcbis.com jp@trustesolutions.net
- **Michael D. Robl** michael@roblgroup.com, max@roblgroup.com, lelena@roblgroup.com
- **Thomas Rosseland** trosseland@brawwlaw.com
- **Kenneth A. Shapiro** ken@mitchellshapiro.com, frank@mitchellshapiro.com

I further certify that on this day I caused a copy of the within and foregoing PREHEARING BRIEF PURSUANT TO ORDER AND NOTICE OF HEARING to be served by U.S. First Class Mail with adequate postage affixed to ensure delivery to the following:

Robert Storm
94 Rosehill Court
St. Augustine, FL 32092

Dated this 10th day of October, 2023.

/s/ *Rosemary S. Armstrong*
Rosemary S. Armstrong
Georgia State Bar No. 663361

ARMSTRONG NIX, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone: (404) 900-5157
rarmstrong@armstrongnix.com