UNITED STATES BANKRUPTCY COURT

Northern District of Georgia – Atlanta Division

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

SEP 2 9 2025

By: _____
        Deputy Clerk

In re: Robert Storm, Debtor

Case No. 23-55028-LRC

Chapter 7

**OBJECTION TO TRUSTEE'S PROPOSED ABANDONMENT**

I, Kurt R Carberry, a creditor/party in interest in the above-captioned case, respectfully submit this objection to the Trustee's Notice of Proposed Abandonment, filed September 17, 2025.

Grounds for Objection:

1. The debtor has engaged in fraudulent conduct and should not benefit from the protections of bankruptcy.

2. Under 11 U.S.C. § 727(a)(2)–(7), a debtor who conceals property, makes false oaths, or engages in fraudulent transfers is not entitled to a discharge.

3. Pursuant to 11 U.S.C. § 523(a)(2), debts incurred through false pretenses, misrepresentation, or actual fraud are not dischargeable.

4. Allowing abandonment of these assets would prejudice creditors and enable the debtor to benefit from fraudulent actions, contrary to the intent of the Bankruptcy Code.

I have documents that Robert Storm mailed to me accepting my money for transactions that never took place and selling my holdings without my notice and not returning my funds.

Request for Relief:

I respectfully request that the Court deny the Trustee's proposed abandonment and instead review the debtor's conduct in light of the above statutes, and that appropriate relief be granted, including denial of discharge under 11 U.S.C. § 727.

Respectfully submitted

Kurt R Carberry

95 Kensington Drive

Canton MA 02021

KurtCarberry@gmail.com – 617-645-0045

September 23, 2025

**Kurt Carberry**
95 Kensington Dr
Canton, MA 02021

BOSTON MA  020

25 SEP 2025   PM 7   L

Dog Bite
Awareness

US Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Dr. SW
Atlanta GA. 30303

CLEARED SECURITY

SEP 2 9 2025

U.S. MARSHALS SERVICE
Atlanta, Georgia

30303-332940