**IT IS ORDERED as set forth below:**



**Date: October 22, 2025**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| ROBERT STORM, | : | 23-55028-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF DEFICIENCY

Before the Court is the *Objection to Trustee's Proposed Abandonment* (Doc. 201) (the "Objection"). The Court cannot address the Objection because it has not been signed by the objecting party— Kurt R. Carberry. *See* Fed. R. Bankr. P. 9011.

**IT IS ORDERED** that Mr. Carberry shall have until **November 14, 2025,** within which to correct the deficiency. If no action is taken, the Court may dismiss the Objection for want of prosecution without further notice or hearing.

**END OF DOCUMENT**

**Distribution List**

Kurt R. Carberry
95 Kensington Drive
Canton, MA 02021

Robert Storm
94 Rosehill Court
St. Augustine, FL 32092

Jason L. Pettie
Taylor Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Maxwell Bowen
Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084