UNITED STATES BANKRUPTCY COURT

Northern District of Georgia – Atlanta Division

Copy – Jason L. Pettie, Trustee

In re: Robert Storm, Debtor

Case No. 23-55028-LRC

Chapter 7

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

OCT 3 0 2025

By: _____
Deputy Clerk

**OBJECTION TO TRUSTEE'S PROPOSED ABANDONMENT**

I, Kurt R Carberry, a creditor/party in interest in the above-captioned case, respectfully submit this objection to the Trustee's Notice of Proposed Abandonment, filed September 17, 2025.

Grounds for Objection:

1. The debtor has engaged in fraudulent conduct and should not benefit from the protections of bankruptcy.

2. Under 11 U.S.C. § 727(a)(2)–(7), a debtor who conceals property, makes false oaths, or engages in fraudulent transfers is not entitled to a discharge.

3. Pursuant to 11 U.S.C. § 523(a)(2), debts incurred through false pretenses, misrepresentation, or actual fraud are not dischargeable.

4. Allowing abandonment of these assets would prejudice creditors and enable the debtor to benefit from fraudulent actions, contrary to the intent of the Bankruptcy Code.

I have documents that Robert Storm mailed to me accepting my money for transactions that never took place and selling my holdings without my notice and not returning my funds.

Request for Relief:

I respectfully request that the Court deny the Trustee's proposed abandonment and instead review the debtor's conduct in light of the above statutes, and that appropriate relief be granted, including denial of discharge under 11 U.S.C. § 727.

Respectfully submitted

Kurt R Carberry.    _____

95 Kensington Drive

Canton MA 02021

KurtCarberry@gmail.com – 617-645-0045

October 26, 2025

Kurt Carberry
95 Kensington Dr
Canton, MA 02021

BOSTON MA 020

27 OCT 2025 PM 6  L



US Bankruptcy Court
1340 Russell Federal Bld.
75 Ted Turner Dr. SW
Atlanta GA 30303
ATTN: Judge Lisa Ritchey Craig

CLEARED DATE

OCT 3 0 2025

U.S. Marshals Service
Atlanta, GA 30303

30303-332940