**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 23-55028 | | | Trustee Name: | Jason L. Pettie |
| Case Name: | STORM, ROBERT | | | Date Filed (f) or Converted (c): | 05/31/2023 (f) |
| For the Period Ending: | 09/30/2025 | | | §341(a) Meeting Date: | 08/30/2023 |
| | | | | Claims Bar Date: | 12/18/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1420 N Atlantic Ave Unit 1701 Daytona Beach FL 32118-0000 | $500,000.00 | $0.00 | | $0.00 | FA |
| 2  7200 S Las Vegas Blvd VV P1-Moorea Las Vegas, NV - 89119-0000 Clark County | $12,490.00 | $12,490.00 | | $0.00 | FA |
| 3  Make: Entegra Model: Reatta XL Class Motorhome Year: 2022 Mileage: 4,000 Other Information: Location: 94 Rosehill Court, Saint Augustine FL 32092 | $273,900.00 | $0.00 | OA | $0.00 | FA |
| 4  2022 Chevrolet Silverado Mileage: 18,061 Other Information: Location: 94 Rosehill Court, Saint Augustine FL 32092 | $43,000.00 | $0.00 | OA | $0.00 | FA |
| 5  Major appliances, furniture, linens, china, kitchenware Location: 94 Rosehill Court, Saint Augustine FL 32092 | $3,000.00 | $2,000.00 | | $0.00 | FA |
| 6  Cell phone, laptop, printer, TVs Location: 94 Rosehill Court, Saint Augustine FL 32092 | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Bicycle Location: 94 Rosehill Court, Saint Augustine FL 32092 | $100.00 | $0.00 | | $0.00 | FA |
| 8  General personal clothing and accessories Location: 94 Rosehill Court, Saint Augustine FL 32092 | $500.00 | $0.00 | | $0.00 | FA |
| 9  Wedding rings, watches Location: 94 Rosehill Court, Saint Augustine FL 32092 | $600.00 | $0.00 | | $0.00 | FA |
| 10  2 Yorkshire terriers Location: 94 Rosehill Court, Saint Augustine FL 32092 | $10.00 | $0.00 | | $0.00 | FA |
| 11  Checking First Horizon Bank Account 1909 Tenacy by the entirities | $3,922.04 | $0.00 | | $0.00 | FA |
| 12  Checking First Horizon Bank Account 1917 Tenacy by the entirities | $3,520.21 | $0.00 | | $0.00 | FA |
| 13  Savings Alliant Credit Union Account S01 | $15.65 | $15.65 | | $0.00 | FA |
| 14  Checking SoFi Bank Account 3240 | $27.67 | $27.67 | | $0.00 | FA |
| 15  Savings SoFi Bank Account 4445 | $0.00 | $0.00 | | $0.00 | FA |
| 16  Savings VyStar Credit Union Account 9900 | $110.03 | $110.03 | | $0.00 | FA |
| 17  Savings PenFed Credit Union Account 8015 | $422.94 | $422.94 | | $0.00 | FA |

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 23-55028 | | | Trustee Name: | Jason L. Pettie |
| Case Name: | STORM, ROBERT | | | Date Filed (f) or Converted (c): | 05/31/2023 (f) |
| For the Period Ending: | 09/30/2025 | | | §341(a) Meeting Date: | 08/30/2023 |
| | | | | Claims Bar Date: | 12/18/2023 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | Savings RadiFi Credit Union Account 6761 | $145.57 | $145.57 | | $0.00 | FA |
| 19 | Checking Truist Account 4655 | $201.43 | $201.43 | | $0.00 | FA |
| 20 | PV Capital, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 21 | Trintec Portfolio Services, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 22 | AriNat Holdings, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 23 | Intown Real Estate Holdings, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 24 | Sindre, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 25 | National Sports Ventures, LLC 100 % | Unknown | $0.00 | OA | $0.00 | FA |
| 26 | SWT Investments, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 27 | BinaNat Capital, LLC 100 % | Unknown | $0.00 | | $0.00 | FA |
| 28 | SFGH, LLC 43.46% % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 29 | SGFH II, LLC 50 % | Unknown | $0.00 | | $0.00 | FA |
| 30 | IRA Alliant Credit Union - Roth IRA | $14,168.46 | $14,168.46 | | $0.00 | FA |
| 31 | SHIB with Robinhood | $100.00 | $100.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**             **Gross Value of Remaining Assets**

| | $857,234.00 | $30,681.75 | | $0.00 | $1,000.00 |

**Major Activities affecting case closing:**

| 09/17/2025 | Trustee filed abandonment of personal property and is preparing to file NDR |
| 09/30/2024 | Trustee investigating security interest and potential equity in Entegra Reatta XL Class Motorhome, and will file abandonment if no equity |
| 09/06/2024 | Trustee is investigating potentially avoidable transfers to debtor's spouse, and whether certain accounts in which debtor claims a T/E interest with spouse are avoidable. Trustee is working with the Trustee for debtor's business case and accountants in investigating debtor's transfers. Trustee is also investigating the value of certain real property titled in the name of debtor's businesses for which debtor appears to be the sole member. |

| Initial Projected Date Of Final Report (TFR): | 09/30/2024 | Current Projected Date Of Final Report (TFR): | 11/30/2025 | /s/ JASON L. PETTIE |
| | | | | JASON L. PETTIE |