**IT IS ORDERED as set forth below:**



**Date: November 10, 2025**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| ROBERT STORM, | : | 23-55028-LRC |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF IN-PERSON HEARING

IT IS ORDERED, and notice is given, that the Court will hold an in-person hearing on the *Trustee's Notice of Abandonment of Property* (Doc. 193) and *Objection to Trustee's Proposed Abandonment* filed by Kurt R. Karberry (Doc. 201) on **December 4, 2025, at 9:45 a.m.** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

**END OF DOCUMENT**

**Distribution List**

Kurt R. Carberry
95 Kensington Drive
Canton, MA 02021

Robert Storm
94 Rosehill Court
St. Augustine, FL 32092

Jason L. Pettie
Taylor Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Maxwell Bowen
Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303