UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> ROBERT STORM | CASE NO: 23-55028-LRC <br> **DECLARATION OF MAILING CERTIFICATE OF SERVICE** <br> Chapter: 7 <br> ECF Docket Reference No. 212 |

On 12/2/2025, I did cause a copy of the following documents, described below,

Notice of Hearing on Motion to Approve Compromise Agreement, Deadline To Object, And Hearing  ECF Docket Reference No. 212

max@roblgroup.com

max@roblgroup.com

max@roblgroup.com

max@roblgroup.com

max@roblgroup.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/2/2025

/s/ Michael D. Robl
Michael D. Robl  610905
Attorney for Debtor
Robl & Bowen, LLC
3754 Lavista Road, Suite 250
Lavista, GA 30084
404-373-5153
deja@roblgroup.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ROBERT STORM | CASE NO: 23-55028-LRC<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 212 |

On 12/2/2025, a copy of the following documents, described below,

Notice of Hearing on Motion to Approve Compromise Agreement, Deadline To Object, And Hearing  ECF Docket Reference No. 212

max@roblgroup.com

max@roblgroup.com

max@roblgroup.com

max@roblgroup.com

max@roblgroup.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/2/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael D. Robl
Robl & Bowen, LLC
3754 Lavista Road, Suite 250
Lavista, GA  30084

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113E1<br>CASE 23-55028-LRC<br>NORTHERN DISTRICT OF GEORGIA<br>ATLANTA<br>MON DEC 1 16-47-08 EST 2025 | AMJ SOLUTIONS LLC<br>4601 STEEP RIDGE CT<br>LOUISVILLE KY 40299-8323 | JONATHAN S ADAMS<br>OFFICE OF THE UNITED STATES TRUSTEE<br>362 RICHARD B RUSSELL FEDERAL BUILDING<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303-3315 |
| AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDIT FINANCIAL SERVICES INC DBA GM<br>P O BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICAN EXPRESS DELTA RESERVE<br>PO BOX 6031<br>CAROL STREAM IL 60197-6031 |
| AMERICAN EXPRESS GOLD<br>PO BOX 6031<br>CAROL STREAM IL 60197-6031 | AMERICAN EXPRESS GREEN<br>PO BOX 6031<br>CAROL STREAM IL 60197-6031 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMERICAN EXPRESS NATIONAL BANK AENB<br>CO ZWICKER AND ASSOCIATES PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER MA 01810-0943 | AMERICAN EXPRESS PLATNIUM<br>PO BOX 6031<br>CAROL STREAM IL 60197-6031 | AMEX WORKING CAPITAL<br>PO BOX 6031<br>CAROL STREAM IL 60197-6031 |
| ANDALUSION INVESTMENTS LLC<br>1610 LAVISTA RD NE<br>SUITE 11<br>ATLANTA GA 30329-4316 | ARINAT HOLDINGS LLC<br>5565 GLENRIDGE CONNECTOR NE<br>SUITE 850<br>ATLANTA GA 30342-4806 | ARIZONA CORPORATION COMMISSION<br>CO ARIZONA ATTORNEY GENERALS OFFICE<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-1545 |
| ROSEMARY S ARMSTRONG<br>ARMSTRONG NIX PC<br>1050 CROWN POINTE PARKWAY<br>STE 500<br>ATLANTA GA 30338-7702 | ATLANTA PRIVATE LENDING<br>410 PEACHTREE PKWY<br>BLDG 400 SUITE 4245<br>CUMMING GA 30041-7407 | BMO BANK NA<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| BOA BUSINESS ADVANTAGE<br>PO BOX 15796<br>WILMINGTON DE 19886-5796 | BANK OF AMERICA   ALLEGIANT<br>PO BOX 672050<br>DALLAS TX 75267-2050 | BANK OF AMERICA BOATUS<br>PO BOX 672050<br>DALLAS TX 75267-2050 |
| BANK OF AMERICA VIRGIN<br>PO BOX 672050<br>DALLAS TX 75267-2050 | BARBARA A TOMMASINO<br>640 N APACHE DR<br>DEWEY AZ 86327-5701 | BARBARA TOMMASINO<br>640 N APACHE DRIVE<br>DEWEY AZ 86327-5701 |
| BARCLAYS AADVANTAGE AVIATOR<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | BARCLAYS VIEW MASTERCARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | BINANAT CAPITAL LLC<br>5565 GLENRIDGE CONNECTOR NE<br>SUITE 850<br>ATLANTA GA 30342-4806 |

```
MAXWELL WILLIAM BOWEN                    BRENDON DEAN TODD                        BRETT BAHNSEN REVOCABLE LIVING TRUST
ROBL LAW GROUP                           3550 LENOX RD NE                         1061 RAMSER DRIVE
SUITE 250                                SUITE 2700                               WATKINSVILLE GA 30677-6952
3754 LAVISTA ROAD                        ATLANTA GA 30326-4328
TUCKER GA 30084-5623


BRETT BAHNSEN REVOCABLE LIVING TRUST JULY 11    PETER B BRICKS                    JOSEPH J BURTON JR
CO ROSEMARY S ARMSTRONG                         PETER BRICKS PC                   ARMSTRONG NIX PC
ARMSTRONG NIX PC                                PO BOX 467007                     1050 CROWN POINTE PARKWAY
1050 CROWN POINTE PARKWAY SUITE 500             ATLANTA GA 31146-7007             SUITE 500
ATLANTA GEORGIA 30338-7702                                                        ATLANTA GA 30338-7702


KURT R CARBERRY                          CARBERRY FAMILY LIMITED PARTNERSHIP  KE  CAROLINA ARENA FOOTBALL LLC
95 KENSINGTON DRIVE                      1672 CANTON AVE                          5565 GLENRIDGE CONNECTOR NE
CANTON MA 02021-2472                     MILTON MA 02186-2316                     SUITE 1000
                                                                                  ATLANTA GA 30342-4797


CHASE INK VISA                           CITIBANK AADVANTAGE EXECUTIVE            CITIBANK PRESTIGE
PO BOX 1423                              PO BOX 9001037                           PO BOX 9001037
CHARLOTTE NC 28201-1423                  LOUISVILLE KY 40290-1037                 LOUISVILLE KY 40290-1037


CITIBANK NA                              CRAIG BARRETT                            DAVID COOPER
5800 S CORPORATE PL                      KENNETH A SHAPIRO                        1083 JUDITH WAY
SIOUX FALLS SD 57108-5027                881 PIEDMONT AVENUE                      ATLANTA GA 30324-2905
                                         ATLANTA GA 30309-4112


DAVID F COOPER                           DEBRA SIPLES                             DOUGLAS LEE WYATT
1083 JUDITH WAY NORTHEAST                PO BOX 411                               1036 DENNIS STATION RD
ATLANTA GA 30324-2905                    FAIRPLAY CO 80440-0411                   EATONTON GA 31024-7129


DOUGLAS LEE WYATT                        FNBO MASTERCARD                          GM FINANCIAL
CO ROSEMARY S ARMSTRONG ESQ              PO BOX 2818                              PO BOX 78143
1050 CROWN POINT PKWY STE 500            OMAHA NE 68103-2818                      PHOENIX AZ 85062-8143
ATLANTA GA 30338-7702


GLEN MEADOW HOLDINGS LLC                 GLEN MEADOW HOLDINGS LLC                 GOLASSO PROPERTIES LLC
KENNETH A SHAPIRO                        CO KENNETH A SHAPIRO                     16410 OAKDALE ROAD
881 PIEDMONT AVENUE                      3490 PIEDMONT RDNE STE 650               ATHENS AL 35613-7054
ATLANTA GA 30309-4112                    ATLANTA GA 30305-1743


GOLASSO PROPERTIES LLC                   JON A GOTTLIEB                           GROUNDFLOOR
19095 EAST OAK CREEK PLACE               FLYNN  GOTTLIEB PA                       600 PEACHTREE STREET NE
PARKER CO 80134-4831                     800 JOHNSON FERRY ROAD                   SUITE 810
                                         ATLANTA GA 30342-1417                    ATLANTA GA 30308-2219
```

| | | |
|---|---|---|
| HELENE BISCEGLIA<br>24 NEWTON ST<br>W BOYLSTON MA 01583-1622 | HELENE BISCEGLIA<br>CO ROSEMARY S ARMSTRONG<br>ARMSTRONG NIX PC<br>1050 CROWN POINTE PARKWAY SUITE 500<br>ATLANTA GEORGIA 30338-7702 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID<br>CRANE  PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| JACKIE HOWE<br>365 ASHTON DRIVE<br>ATHENS GA 30606-1621 | JACKSONVILLE SHARKS<br>1000 W BAY STREET<br>JACKSONVILLE FL 32204-1504 | JACOB REAVES<br>19095 EAST OAK CREEK PLACE<br>PARKER CO 80134-4831 |
| JAY SANDERS<br>1311 ROWAN OAK ESTATES WAY<br>WAYKINSVILLE GA 30677-8105 | JAY SANDERS<br>CO BODKER RAMSEY ANDREWS<br>ONE AMERIS CENTER SUITE 1400<br>3490 PIEDMONT ROAD NE<br>ATLANTA GEORGIA 30305-1743 | JAY SANDERS<br>CO JON A GOTTLIEB<br>800 JOHNSON FERRY ROAD<br>ATLANTA GA 30342-1417 |
| JEB REAVES<br>16410 OAKDALE ROAD<br>ATHENS AL 35613-7054 | JOEL GOLDSMITH<br>555 KENDRICK HARVEST WAY<br>CHATHAM MA 02633 | JOHN DOUGLAS WYATT<br>1096 LANCASTER CR<br>WATKINSVILLE GA 30677-7860 |
| JOHN DOUGLAS WYATT<br>CO ROSEMARY S ARMSTRONG ESQ<br>1050 CROWN POINT PKWY STE 500<br>ATLANTA GA 30338-7702 | JONATHAN BRETT BAHNSEN<br>1061 RAMSER DRIVE<br>WATKINSVILLE GA 30677-6952 | JONATHAN BRETT BAHNSEN<br>CO ROSEMARY S ARMSTRONG<br>ARMSTRONG NIX PC<br>1050 CROWN POINTE PARKWAY SUITE 500<br>ATLANTA GEORGIA 30338-7702 |
| BRIAN K JORDAN<br>ALDRIDGE PITE LLP<br>SIX PIEDMONT CENTER STE 700<br>3525 PIEDMONT ROAD NE<br>ATLANTA GA 30305-1578 | KATHLEEN STEIL CHAPTER 7 TRUSTEE FOR<br>BINANAT CAPITAL LLC<br>OGIER ROTHSCHILD  ROSENFELD PC<br>PO BOX 1547<br>DECATUR GA 30031-1547 | KENNETH CARBERRY<br>CO JON A GOTTLIEB<br>800 JOHNSON FERRY ROAD NE<br>ATLANTA GA 30342-1417 |
| KURT CARBERRY<br>95 KENSINGTON DRIVE<br>CANTON MA 02021-2472 | MAX LAFER<br>8145 GRANDE SHORES DRIVE<br>SARASOTA FL 34240-2327 | LAFER FAMILY INVESTMENTS LLC<br>87 SARGENT DRIVE<br>AMHERST NY 14226-4038 |
| LAFER FAMILY INVESTMENTS LLC AND DEBRA SIPL<br>MAX LAFER ESQ<br>8145 GRANDE SHORES DRIVE<br>SARASOTA FL 34240-2327 | LAFER FAMILY INVESTMENTS LLC AND DEBRA SIPL<br>CO THOMAS ROSSELAND ESQ<br>3490 PIEDMONT ROAD SUITE 1400<br>ATLANTA GA 30305-4810 | LIVING TRUST MATT WAYNE PUSKARICH FBO AN<br>11801 BRADDOCK ROAD<br>JACKSONVILLE FL 32219-1813 |
| LIVING TRUST MATT WAYNE PUSKARICH FBO EL<br>11801 BRADDOCK ROAD<br>JACKSONVILLE FL 32219-1813 | LIVING TRUST MATT WAYNE PUSKARICH FBO SA<br>11801 BRADDOCK ROAD<br>JACKSONVILLE FL 32219-1813 | LIVING TRUST OF MATT WAYNE PUSKARICH FBO AND<br>CO ROSEMARY S ARMSTRONG<br>ARMSTRONG NIX PC<br>1050 CROWN POINTE PARKWAY SUITE 500<br>ATLANTA GEORGIA 30338-7702 |

```
LIVING TRUST OF MATT WAYNE PUSKARICH FBO ELS      LIVING TRUST OF MATT WAYNE PUSKARICH FBO SAD      MWP FINANCIAL LLC
CO ROSEMARY S ARMSTRONG                           CO ROSEMARY S ARMSTRONG                           11801 BRADDOCK ROAD
ARMSTRONG NIX PC                                  ARMSTRONG NIX PC                                  JACKSONVILLE FL 32219-1813
1050 CROWN POINTE PARKWAY SUITE 500               1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702                        ATLANTA GEORGIA 30338-7702


MWP FINANCIAL LLC                                 MWP REAL ESTATE INVESTMENTS LLC                   MWP REAL ESTATE INVESTMENTS LLC
CO ROSEMARY S ARMSTRONG                           11801 BRADDOCK ROAD                               CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC                                  JACKSONVILLE FL 32219-1813                        ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500                                                                 1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702                                                                          ATLANTA GEORGIA 30338-7702


MAINE ARENA FOOTBALL LLC                          RICHARD B MANER                                   MASHALA INVESTMENTS LLC
5565 GLENRIDGE CONNECTOR NE                       RICHARD B MANER PC                                4571 BLACKLAND DRIVE
SUITE 850                                         SUITE 200                                         MARIETTA GA 30067-4767
ATLANTA GA 30342-4806                             180 INTERSTATE N PARKWAY
                                                  ATLANTA GA 30339-2106


MASHALA INVESTMENTS LLC                           MATT WAYNE PUSKARICH                              JACOB A MAURER
CO JON A GOTTLIEB                                 CO ROSEMARY S ARMSTRONG                           BODKER RAMSEY ANDREWS ET AL
800 JOHNSON FERRY ROAD NE                         ARMSTRONG NIX PC                                  ONE SECURITIES CENTRE
ATLANTA GA 30342-1417                             1050 CROWN POINTE PARKWAY SUITE 500               3490 PIEDMONT ROAD NE SUITE 1400
                                                  ATLANTA GEORGIA 30338-7702                        ATLANTA GA 30305-4810


MICHAEL E TOKARZ                                  MICHAEL F TOKARZ                                  NATIONAL ARENA LEAGUE INC
705R HILL ST                                      RONTREE LEITMAN KLEIN  GEER LLC                   5565 GLENRIDGE CONNECTOR NE
RAYNHAM MA 02767-5486                             2987 CLAIRMONT RD STE 350                         SUITE 1000
                                                  ATLANTA GA 30329-4435                             ATLANTA GA 30342-4797


NICHOLAS P BODIN                                  NICHOLAS P BODIN                                  OCONEE PLAYERS CLUB LLC
147 BARNARD RD                                    CO ROSEMARY S ARMSTRONG                           1096 LANCASTER CR
WORCESTER MA 01605-1313                           ARMSTRONG NIX PC                                  WATKINSVILLE GA 30677-7860
                                                  1050 CROWN POINTE PARKWAY STE 500
                                                  ATLANTA GEORGIA 30338-7702


OCONEE PLAYERS CLUB LLC                           OCONEE PLAYERS CLUB LLC                           OFFICE OF THE UNITED STATES TRUSTEE
922 HURRICANE SHOALS ROAD NE                      CO ROSEMARY S ARMSTRONG ESQ                       362 RICHARD RUSSELL BUILDING
LAWRENCEVILLE GA 30043-4822                       1050 CROWN POINT PKWY STE 500                     75 TED TURNER DRIVE SW
                                                  ATLANTA GA 30338-7702                             ATLANTA GA 30303-3315


SAMSON AND VIANCA ORINA                           PNC BANK RETAIL LENDING                           PV CAPITAL LLC
551 ASHBURTON AVENUE                              P O BOX 94982                                     5565 GLENRIDGE CONNECTOR NE
DECATUR GA 30032-4028                             CLEVELAND OH 44101-4982                           SUITE 850
                                                                                                    ATLANTA GA 30342-4806


PAYPAL                                            PETER SCHAUBEN                                    JASON L PETTIE
3505 SILVERSIDE RD                                1006 ANDREAS PALMS DRIVE                          TAYLOR DUMA LLP
STE 200                                           PALM SPRINGS CA 92264-0239                        SUITE 200
WILMINGTON DE 19810-4905                                                                            1600 PARKWOOD CIRCLE SE
                                                                                                    ATLANTA GA 30339-2119
```

```
ROBERT A HOLTON JR                      RICHARD SVENSSON                        RICHARD SVENSSON
1221 CATHY TRIPP LANE                   18 RYAN ROAD                            CO JOHN F HAYTER ESQ
JACKSONVILLE FL 32220-1359              GLOUCESTER MA 01930-5126                1418 NW 6TH STREET
                                                                                GAINESVILLE FL 32601-4020




MICHAEL D ROBL                          SWT INVESTMENTS LLC                     SAMSON AND VIANCA ORINA
ROBL LAW GROUP LLC                      PO BOX 1909                             CO PETERS BRICKS PC
SUITE 250                               PONTE VEDRA BEACH FL 32004-1909         PO BOX 467007
3754 LAVISTA ROAD                                                               ATLANTA GA 31146-7007
TUCKER GA 30084-5623




SELECT PORTFOLIO SERVICING              KENNETH SHAPIRO                         SHARON SMITH
PO BOX 65250                            MITCHELL SHAPIRO GREENAMYRE  FUNT LLP   PO BOX 35
SALT LAKE CITY UT 84165-0250            881 PIEDMONT AVE NE                     BETHANY WV 26032-0035
                                        ATLANTA GA 30309-4112




SHARON SMITH                            SHEILA REAVES                           SHEILA RENEE REAVES
CO ROSEMARY S ARMSTRONG                 16410 OAKDALE ROAD                      19095 EAST OAK CREEK PLACE
ARMSTRONG NIX PC                        ATHENS AL 35613-7054                    PARKER CO 80134-4831
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702




SHENGJIE LI                             SINDRE LLC                              KATHLEEN STEIL
6 LANCELOT CT APT 12                    5565 GLENRIDGE CONNECTOR NE             OGIER ROSENFELD  STEIL PC
SALEM NH 03079-3527                     SUITE 850                               PO BOX 1547
                                        ATLANTA GA 30342-4806                   DECATUR GA 30031-1547




                                                                                DEBTOR
KATHLEEN STEIL AS TRUSTEE FOR BINANAT CAPIT   STONEBRIDGE ACCOUNTING  FORENSIC LLC   ROBERT STORM
CO OGIER ROTHSCHILD  ROSENFELD PC       SPENCE A SHUMWAY PRESIDENT              94 ROSEHILL COURT
PO BOX 1547                             PO BOX 1290                             ST AUGUSTINE FL 32092-3249
DECATUR GA 30031-1547                   GRAYSON GA 30017-0025




SWIFT FINANCIAL LLC                     SYNCHRONY BANK                          THE KOEHLER FAMILY TRUST
PO BOX 208703                           BY AIS INFOSOURCE LP AS AGENT           CO GWEN FLEMING
DALLAS TX 75320-8703                    4515 N SANTA FE AVE                     24804 S LAKESTAR DRIVE
                                        OKLAHOMA CITY OK 73118-7901             SUN LAKES AZ 85248-7468




THE REED FAMILY TRUST AGREEMENT         THE REED FAMILY TRUST AGREEMENT         TRACY RUTH HOWE
CO LUCILLE J REED                       PO BOX 770001                           161 TAWNYBERRY DR
1297 RAINDAGGER                         CINCINNATI OH 45277-0001                ATHENS GA 30606-3248
PRESCOTT AZ 86301-6566




TRUST FBO LILLIAN KANE MASLIA           TRUST FBO VICTOR DAVID MASLIA           VICKI PUSKARICH
3115 PIEDMONT ROAD                      3115 PIEDMONT ROAD                      195 CORK RD
SUITE F-201                             SUITE F-201                             FOLLANSBEE WV 26037-1005
ATLANTA GA 30305-2521                   ATLANTA GA 30305-2521
```

```
VICKI PUSKARICH                         VYSTAR CREDIT UNION                     WAYNE PUSKARICH
CO ROSEMARY S ARMSTRONG                 PO BOX 7256                             11801 BRADDOCK ROAD
ARMSTRONG NIX PC                        SIOUX FALLS SD 57117-7256               JACKSONVILLE FL 32219-1813
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702




WAYNES TREE SERVICE LLC                 WAYNES TREE SERVICE                     WELLS FARGO BANK SMALL BUSINESS LENDING DIVI
CO ROSEMARY S ARMSTRONG                 11801 BRADDOCK ROAD                     PO BOX 29482 MAC S410108C
ARMSTRONG NIX PC                        JACKSONVILLE FL 32219-1813              PHOENIX AZ 85038-9482
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702




WELLS FARGO VISA                        JOHN DOUGLAS WYATT
PO BOX 77033                            1096 LANCASTER COURT
MINNEAPOLIS MN 55480-7733               WATKINSVILLE GA 30677-7860
```