## ROBL & BOWEN LLC
### Attorneys at Law

February 24, 2026

Via ~~ECF~~ *email*

**RECEIVED**

FEB 24 2026

Lisa Ritchey Craig
United States Bankruptcy Judge

Courtroom Deputy Clerk to the Honorable Lisa Ritchey Craig
Richard B. Russell Federal Building & U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

*Re:*   Case No. 23-55028 -LRC; Robert Storm; Notice of Leave of Absence

Dear Deputy Clerk,

In accordance with Local Rule 9010-5(e), the undersigned attorney in the above-referenced cases hereby requests a leave of absence from all court appearances and that the cases not be calendared during the following periods:

March 13 and March 16, 2026 – Family vacation
March 18 – 20 and 23, 2026 – Conference
April 10, 13 – 17, and 20, 2026 – Family vacation
May 29 and June 1, 2026 – Family event (high school graduation)
July 23, 24, and 27, 2026 – Conference
August 13, 14, and 17, 2026 – Personal travel
October 8, 9, and 12 – Family event (bat mitzvah)

I am not aware of any scheduled hearing during the above-referenced periods of time. Thank you for your assistance with this matter.

Sincerely,

/s/ *Maxwell Bowen*
Maxwell Bowen

cc:
Rosemary S. Armstrong
Peter B. Bricks
Joseph J. Burton, Jr.
Jon A. Gottlieb
Brian K. Jordan
Richard B Maner
Jacob A. Maurer
Jason L Pettie
Thomas Rosseland
Daniel T Seelos
Kenneth Shapiro
Kathleen Steil

3754 Lavista Road, Suite 250 | Tucker, Georgia 30084 | Telephone: (404) 373-5180 | Facsimile: (404) 537-1761
Website: www.roblgroup.com | Email: max@roblgroup.com