UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO: 23-55028-LRC |
|---|---|
| ROBERT STORM | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 221 |

On 4/27/2026, I did cause a copy of the following documents, described below,

Notice Of Motion To Approve Compromise Agreement, Deadline To Object, And Hearing ECF Docket Reference No. 221

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/27/2026

/s/ Maxwell W. Bowen
Maxwell W. Bowen  719784
Attorney for Debtor
Robl & Bowen, LLC
3754 Lavista Road, Suite 250
Lavista, GA 30084
404-373-5153
deja@roblgroup.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ROBERT STORM

CASE NO: 23-55028-LRC

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 221

On 4/27/2026, a copy of the following documents, described below,

Notice Of Motion To Approve Compromise Agreement, Deadline To Object, And Hearing ECF Docket Reference No. 221

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/27/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maxwell W. Bowen
Robl & Bowen, LLC
3754 Lavista Road, Suite 250
Lavista, GA  30084

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113E1
CASE 23-55028-LRC
NORTHERN DISTRICT OF GEORGIA
ATLANTA
MON APR 27 13-11-15 EDT 2026

AMJ SOLUTIONS LLC
4601 STEEP RIDGE CT
LOUISVILLE KY 40299-8323

JONATHAN S ADAMS
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD B RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

(P)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AMERICREDIT FINANCIAL SERVICES INC DBA GM
P O BOX 183853
ARLINGTON TX 76096-3853

AMERICAN EXPRESS DELTA RESERVE
PO BOX 6031
CAROL STREAM IL 60197-6031

AMERICAN EXPRESS GOLD
PO BOX 6031
CAROL STREAM IL 60197-6031

AMERICAN EXPRESS GREEN
PO BOX 6031
CAROL STREAM IL 60197-6031

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS NATIONAL BANK AENB
CO ZWICKER AND ASSOCIATES PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER MA 01810-0943

AMERICAN EXPRESS PLATNIUM
PO BOX 6031
CAROL STREAM IL 60197-6031

AMEX WORKING CAPITAL
PO BOX 6031
CAROL STREAM IL 60197-6031

ANDALUSION INVESTMENTS LLC
1610 LAVISTA RD NE
SUITE 11
ATLANTA GA 30329-4316

ARINAT HOLDINGS LLC
5565 GLENRIDGE CONNECTOR NE
SUITE 850
ATLANTA GA 30342-4806

ARIZONA CORPORATION COMMISSION
CO ARIZONA ATTORNEY GENERALS OFFICE
2005 N CENTRAL AVE
PHOENIX AZ 85004-1545

ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY
STE 500
ATLANTA GA 30338-7702

ATLANTA PRIVATE LENDING
410 PEACHTREE PKWY
BLDG 400 SUITE 4245
CUMMING GA 30041-7407

BMO BANK NA
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

BOA BUSINESS ADVANTAGE
PO BOX 15796
WILMINGTON DE 19886-5796

BANK OF AMERICA   ALLEGIANT
PO BOX 672050
DALLAS TX 75267-2050

BANK OF AMERICA BOATUS
PO BOX 672050
DALLAS TX 75267-2050

BANK OF AMERICA VIRGIN
PO BOX 672050
DALLAS TX 75267-2050

BARBARA A TOMMASINO
640 N APACHE DR
DEWEY AZ 86327-5701

BARBARA TOMMASINO
640 N APACHE DRIVE
DEWEY AZ 86327-5701

BARCLAYS AADVANTAGE AVIATOR
PO BOX 13337
PHILADELPHIA PA 19101-3337

BARCLAYS VIEW MASTERCARD
PO BOX 13337
PHILADELPHIA PA 19101-3337

BINANAT CAPITAL LLC
5565 GLENRIDGE CONNECTOR NE
SUITE 850
ATLANTA GA 30342-4806

EXCLUDE

~~MAXWELL WILLIAM BOWEN~~
~~ROBL - BOWEN LLC~~
~~SUITE 250~~
~~3754 LAVISTA ROAD~~
~~TUCKER GA 30084-5623~~

BRENDON DEAN TODD
3550 LENOX RD NE
SUITE 2700
ATLANTA GA 30326-4328

BRETT BAHNSEN REVOCABLE LIVING TRUST
1061 RAMSER DRIVE
WATKINSVILLE GA 30677-6952

BRETT BAHNSEN REVOCABLE LIVING TRUST JULY 11
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

PETER B BRICKS
PETER BRICKS PC
PO BOX 467007
ATLANTA GA 31146-7007

JOSEPH J BURTON JR
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY
SUITE 500
ATLANTA GA 30338-7702

KURT R CARBERRY
95 KENSINGTON DRIVE
CANTON MA 02021-2472

CARBERRY FAMILY LIMITED PARTNERSHIP  KE
1672 CANTON AVE
MILTON MA 02186-2316

CAROLINA ARENA FOOTBALL LLC
5565 GLENRIDGE CONNECTOR NE
SUITE 1000
ATLANTA GA 30342-4797

CHASE INK VISA
PO BOX 1423
CHARLOTTE NC 28201-1423

CITIBANK AADVANTAGE EXECUTIVE
PO BOX 9001037
LOUISVILLE KY 40290-1037

CITIBANK PRESTIGE
PO BOX 9001037
LOUISVILLE KY 40290-1037

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CRAIG BARRETT
KENNETH A SHAPIRO
881 PIEDMONT AVENUE
ATLANTA GA 30309-4112

DAVID COOPER
1083 JUDITH WAY
ATLANTA GA 30324-2905

DAVID F COOPER
1083 JUDITH WAY NORTHEAST
ATLANTA GA 30324-2905

DEBRA SIPLES
PO BOX 411
FAIRPLAY CO 80440-0411

DOUGLAS LEE WYATT
1036 DENNIS STATION RD
EATONTON GA 31024-7129

DOUGLAS LEE WYATT
CO ROSEMARY S ARMSTRONG ESQ
1050 CROWN POINT PKWY STE 500
ATLANTA GA 30338-7702

FNBO MASTERCARD
PO BOX 2818
OMAHA NE 68103-2818

GM FINANCIAL
PO BOX 78143
PHOENIX AZ 85062-8143

GLEN MEADOW HOLDINGS LLC
KENNETH A SHAPIRO
881 PIEDMONT AVENUE
ATLANTA GA 30309-4112

GLEN MEADOW HOLDINGS LLC
CO KENNETH A SHAPIRO
3490 PIEDMONT RDNE STE 650
ATLANTA GA 30305-1743

GOLASSO PROPERTIES LLC
16410 OAKDALE ROAD
ATHENS AL 35613-7054

GOLASSO PROPERTIES LLC
19095 EAST OAK CREEK PLACE
PARKER CO 80134-4831

JON A GOTTLIEB
FLYNN  GOTTLIEB PA
800 JOHNSON FERRY ROAD
ATLANTA GA 30342-1417

GROUNDFLOOR
600 PEACHTREE STREET NE
SUITE 810
ATLANTA GA 30308-2219

HELENE BISCEGLIA
24 NEWTON ST
W BOYLSTON MA 01583-1622

HELENE BISCEGLIA
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID
CRANE  PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

JACKIE HOWE
365 ASHTON DRIVE
ATHENS GA 30606-1621

JACKSONVILLE SHARKS
1000 W BAY STREET
JACKSONVILLE FL 32204-1504

JACOB REAVES
19095 EAST OAK CREEK PLACE
PARKER CO 80134-4831

JAY SANDERS
1311 ROWAN OAK ESTATES WAY
WAYKINSVILLE GA 30677-8105

JAY SANDERS
CO BODKER RAMSEY ANDREWS
ONE AMERIS CENTER SUITE 1400
3490 PIEDMONT ROAD NE
ATLANTA GEORGIA 30305-1743

JAY SANDERS
CO JON A GOTTLIEB
800 JOHNSON FERRY ROAD
ATLANTA GA 30342-1417

JEB REAVES
16410 OAKDALE ROAD
ATHENS AL 35613-7054

JOEL GOLDSMITH
555 KENDRICK HARVEST WAY
CHATHAM MA 02633

JOHN DOUGLAS WYATT
1096 LANCASTER CR
WATKINSVILLE GA 30677-7860

JOHN DOUGLAS WYATT
CO ROSEMARY S ARMSTRONG ESQ
1050 CROWN POINT PKWY STE 500
ATLANTA GA 30338-7702

JONATHAN BRETT BAHNSEN
1061 RAMSER DRIVE
WATKINSVILLE GA 30677-6952

JONATHAN BRETT BAHNSEN
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

BRIAN K JORDAN
ALDRIDGE PITE LLP
SIX PIEDMONT CENTER STE 700
3525 PIEDMONT ROAD NE
ATLANTA GA 30305-1578

KATHLEEN STEIL CHAPTER 7 TRUSTEE FOR
BINANAT CAPITAL LLC
OGIER ROTHSCHILD  ROSENFELD PC
PO BOX 1547
DECATUR GA 30031-1547

KENNETH CARBERRY
CO JON A GOTTLIEB
800 JOHNSON FERRY ROAD NE
ATLANTA GA 30342-1417

KURT CARBERRY
95 KENSINGTON DRIVE
CANTON MA 02021-2472

MAX LAFER
8145 GRANDE SHORES DRIVE
SARASOTA FL 34240-2327

LAFER FAMILY INVESTMENTS LLC
87 SARGENT DRIVE
AMHERST NY 14226-4038

LAFER FAMILY INVESTMENTS LLC AND DEBRA SIPL
MAX LAFER ESQ
8145 GRANDE SHORES DRIVE
SARASOTA FL 34240-2327

LAFER FAMILY INVESTMENTS LLC AND DEBRA SIPL
CO THOMAS ROSSELAND ESQ
3490 PIEDMONT ROAD SUITE 1400
ATLANTA GA 30305-4810

LIVING TRUST MATT WAYNE PUSKARICH FBO AN
11801 BRADDOCK ROAD
JACKSONVILLE FL 32219-1813

LIVING TRUST MATT WAYNE PUSKARICH FBO EL
11801 BRADDOCK ROAD
JACKSONVILLE FL 32219-1813

LIVING TRUST MATT WAYNE PUSKARICH FBO SA
11801 BRADDOCK ROAD
JACKSONVILLE FL 32219-1813

LIVING TRUST OF MATT WAYNE PUSKARICH FBO AND
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

LIVING TRUST OF MATT WAYNE PUSKARICH FBO ELS
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

LIVING TRUST OF MATT WAYNE PUSKARICH FBO SAD
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

MWP FINANCIAL LLC
11801 BRADDOCK ROAD
JACKSONVILLE FL 32219-1813

MWP FINANCIAL LLC
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

MWP REAL ESTATE INVESTMENTS LLC
11801 BRADDOCK ROAD
JACKSONVILLE FL 32219-1813

MWP REAL ESTATE INVESTMENTS LLC
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

MAINE ARENA FOOTBALL LLC
5565 GLENRIDGE CONNECTOR NE
SUITE 850
ATLANTA GA 30342-4806

RICHARD B MANER
RICHARD B MANER PC
SUITE 200
180 INTERSTATE N PARKWAY
ATLANTA GA 30339-2106

MASHALA INVESTMENTS LLC
4571 BLACKLAND DRIVE
MARIETTA GA 30067-4767

MASHALA INVESTMENTS LLC
CO JON A GOTTLIEB
800 JOHNSON FERRY ROAD NE
ATLANTA GA 30342-1417

MATT WAYNE PUSKARICH
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

JACOB A MAURER
BODKER RAMSEY ANDREWS ET AL
ONE SECURITIES CENTRE
3490 PIEDMONT ROAD NE SUITE 1400
ATLANTA GA 30305-4810

MICHAEL E TOKARZ
705R HILL ST
RAYNHAM MA 02767-5486

MICHAEL F TOKARZ
RONTREE LEITMAN KLEIN  GEER LLC
2987 CLAIRMONT RD STE 350
ATLANTA GA 30329-4435

NATIONAL ARENA LEAGUE INC
5565 GLENRIDGE CONNECTOR NE
SUITE 1000
ATLANTA GA 30342-4797

NICHOLAS P BODIN
147 BARNARD RD
WORCESTER MA 01605-1313

NICHOLAS P BODIN
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY STE 500
ATLANTA GEORGIA 30338-7702

OCONEE PLAYERS CLUB LLC
1096 LANCASTER CR
WATKINSVILLE GA 30677-7860

OCONEE PLAYERS CLUB LLC
922 HURRICANE SHOALS ROAD NE
LAWRENCEVILLE GA 30043-4822

OCONEE PLAYERS CLUB LLC
CO ROSEMARY S ARMSTRONG ESQ
1050 CROWN POINT PKWY STE 500
ATLANTA GA 30338-7702

OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

SAMSON AND VIANCA ORINA
551 ASHBURTON AVENUE
DECATUR GA 30032-4028

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PV CAPITAL LLC
5565 GLENRIDGE CONNECTOR NE
SUITE 850
ATLANTA GA 30342-4806

(P)PAYPAL
3505 SILVERSIDE RD
STE 200
WILMINGTON DE 19810-4905

PETER SCHAUBEN
1006 ANDREAS PALMS DRIVE
PALM SPRINGS CA 92264-0239

JASON L PETTIE
TAYLOR DUMA LLP
SUITE 200
1600 PARKWOOD CIRCLE SE
ATLANTA GA 30339-2119

JASON L PETTIE
GORDON  PETTIE LLC
PO BOX 170008
ATLANTA GA 30317-0008

ROBERT A HOLTON JR
1221 CATHY TRIPP LANE
JACKSONVILLE FL 32220-1359

RICHARD SVENSSON
18 RYAN ROAD
GLOUCESTER MA 01930-5126


EXCLUDE

RICHARD SVENSSON
CO JOHN F HAYTER ESQ
1418 NW 6TH STREET
GAINESVILLE FL 32601-4020

~~MICHAEL D ROBL~~
~~ROBL  BOWEN LLC~~
~~SUITE 250~~
~~3754 LAVISTA ROAD~~
~~TUCKER GA 30084-5623~~

SWT INVESTMENTS LLC
PO BOX 1909
PONTE VEDRA BEACH FL 32004-1909


SAMSON AND VIANCA ORINA
CO PETERS BRICKS PC
PO BOX 467007
ATLANTA GA 31146-7007

SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165-0250

KENNETH SHAPIRO
MITCHELL SHAPIRO GREENAMYRE  FUNT LLP
881 PIEDMONT AVE NE
ATLANTA GA 30309-4112


SHARON SMITH
PO BOX 35
BETHANY WV 26032-0035

SHARON SMITH
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

SHEILA REAVES
16410 OAKDALE ROAD
ATHENS AL 35613-7054


SHEILA RENEE REAVES
19095 EAST OAK CREEK PLACE
PARKER CO 80134-4831

SHENGJIE LI
6 LANCELOT CT APT 12
SALEM NH 03079-3527

SINDRE LLC
5565 GLENRIDGE CONNECTOR NE
SUITE 850
ATLANTA GA 30342-4806


KATHLEEN STEIL
OGIER ROSENFELD  STEIL PC
PO BOX 1547
DECATUR GA 30031-1547

KATHLEEN STEIL AS TRUSTEE FOR BINANAT CAPIT
CO OGIER ROTHSCHILD  ROSENFELD PC
PO BOX 1547
DECATUR GA 30031-1547

STONEBRIDGE ACCOUNTING  FORENSIC LLC
SPENCE A SHUMWAY PRESIDENT
PO BOX 1290
GRAYSON GA 30017-0025


DEBTOR

ROBERT STORM
94 ROSEHILL COURT
ST AUGUSTINE FL 32092-3249

SWIFT FINANCIAL LLC
PO BOX 208703
DALLAS TX 75320-8703

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901


THE KOEHLER FAMILY TRUST
CO GWEN FLEMING
24804 S LAKESTAR DRIVE
SUN LAKES AZ 85248-7468

THE REED FAMILY TRUST AGREEMENT
CO LUCILLE J REED
1297 RAINDAGGER
PRESCOTT AZ 86301-6566

THE REED FAMILY TRUST AGREEMENT
PO BOX 770001
CINCINNATI OH 45277-0001


TRACY RUTH HOWE
161 TAWNYBERRY DR
ATHENS GA 30606-3248

TRUST FBO LILLIAN KANE MASLIA
3115 PIEDMONT ROAD
SUITE F-201
ATLANTA GA 30305-2521

TRUST FBO VICTOR DAVID MASLIA
3115 PIEDMONT ROAD
SUITE F-201
ATLANTA GA 30305-2521

VICKI PUSKARICH
195 CORK RD
FOLLANSBEE WV 26037-1005

VICKI PUSKARICH
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

VYSTAR CREDIT UNION
PO BOX 7256
SIOUX FALLS SD 57117-7256

WAYNE PUSKARICH
11801 BRADDOCK ROAD
JACKSONVILLE FL 32219-1813

WAYNES TREE SERVICE LLC
CO ROSEMARY S ARMSTRONG
ARMSTRONG NIX PC
1050 CROWN POINTE PARKWAY SUITE 500
ATLANTA GEORGIA 30338-7702

WAYNES TREE SERVICE
11801 BRADDOCK ROAD
JACKSONVILLE FL 32219-1813

WELLS FARGO BANK SMALL BUSINESS LENDING DIVI
PO BOX 29482 MAC S410108C
PHOENIX AZ 85038-9482

WELLS FARGO VISA
PO BOX 77033
MINNEAPOLIS MN 55480-7733

JOHN DOUGLAS WYATT
1096 LANCASTER COURT
WATKINSVILLE GA 30677-7860