**IT IS ORDERED as set forth below:**

**Date: May 28, 2026**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-55028-LRC |
| ROBERT STORM, | Chapter 7 |
| Debtor. | |

### ORDER

The matter before the Court is the _Motion to Approve Compromise Agreement_ (the "Motion," Doc. No. 221), which seeks entry of an Order approving a settlement agreement between Debtor Robert Storm ("Debtor") and Creditor and Mashala Investments, LLC ("Mashala").

On April 27, 2026, Debtor filed and served a _Notice of Hearing on Motion to Approve Compromise Agreement, Deadline to Object, and Hearing_ (Doc. No. 221) pursuant to the Fifth Amended and Restated General Order 24-2018, which set a hearing on the Motion for Jun 10, 2026. No objections were filed to the Motion.

1

Notice of the opportunity to object and for Hearing was provided pursuant to the procedures of the Fifth Amended and Restated General Order 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and settlement agreement attached thereto and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the settlement and settlement agreement with Mashala is hereby approved; and it is further

ORDERED that Debtor is authorized to execute any and all documents necessary to effectuate the settlement and settlement agreement.

SO ORDERED.

[END OF DOCUMENT]

*Prepared and presented by:*

ROBL & BOWEN, LLC

*/s/ Maxwell W. Bowen*
Michael D. Robl
Georgia Bar No. 610905
Maxwell W. Bowen
Georgia Bar No. 719784
3754 Lavista Road, Suite 250
Tucker, Georgia 30084
michael@roblgroup.com
max@roblgroup.com
404 373-5153 (telephone)
404 537-1761 (facsimile)
*Counsel for Debtor*

**<u>Distribution List</u>**
All parties on the Mailing Matrix.