**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-55028-LRC |
| ROBERT STORM, | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 59-1**

**COMES NOW,** Kathleen Steil as Trustee for Binanat Capital, LLC, Case No. 23-55019-lrc, and files this its Notice of Withdrawal of Proof of Claim Number 59-1 filed by Kathleen Steil and requests that its Claim filed in the above-styled and numbered case on April 1, 2024, be withdrawn.

This 5th day of November, 2026

OGIER, ROSENFELD & STEIL, P.C.

By: */s/ Kathleen Steil*
Kathleen Steil
Georgia Bar No. 598895

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
ks@orsatl.com

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Withdrawal of Proof of Claim Number 59-1* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Rosemary S. Armstrong** rarmstrong@armstrongnix.com
- **Maxwell William Bowen** max@roblgroup.com
- **Peter B. Bricks** peter@brickslaw.com, pbricks@gmail.com
- **Joseph J. Burton** jburton@armstrongnix.com
- **Jon A. Gottlieb** jong@lawfg.com, stellac@lawfg.com
- **Brian K. Jordan** bjordan@ecf.inforuptcy.com;ecfganb@aldridgepite.com
- **Richard B Maner** rmaner@rbmlegal.com, kbloodworth@rbmlegal.com
- **Jacob A. Maurer** jmaurer@brawwlaw.com, cbastos@brawwlaw.com
- **Office of the United States Trustee** ustpregion21.at.ecf@usdoj.gov
- **Jason L Pettie** jpettie@gordonpettie.com;pbicknell@gordonpettie.com
- **Jason L. Pettie** jpettie@gordonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com
- **Michael D. Robl** michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com
- **Thomas Rosseland** trosseland@brawwlaw.com
- **Daniel T Seelos** , sschuler@kkgpc.com;dseelos@kkgpc.com
- **Kenneth Shapiro** ken@mitchellshapiro.com, frank@mitchellshapiro.com

I further certify that on this day I caused a copy of this document to be served via U.S. Mail by depositing the same in the United States Mail, postage prepaid and addressed to the following:

Binanat Capital, LLC
5565 Glenridge Connector Ne Suite 850
Atlanta, GA 30342

AIS InfoSource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc. DBA GM Financial
P O Box 183853
Arlington, TX 76096

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

BMO Bank N.A.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Kurt R Carberry
95 Kensington Drive
Canton, MA 02021

David F. Cooper
1083 Judith Way NE
Atlanta, GA 30324

Max Lafer
8145 Grande Shores Drive
Sarasota, FL 34240

Jeb Reaves
16410 Oakdale Road
Athens, AL 35613

Stonebridge Accounting & Forensics LLC
Spence A. Shumway
P.O. Box 1290
Grayson, GA 30017

This 5th day of November, 2026

OGIER, ROSENFELD & STEIL, P.C.

By: *<u>/s/ Kathleen Steil</u>*
Kathleen Steil
Georgia Bar No. 550355

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
ks@orsatl.com